# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JENNIFER TYLER                                                                          PLAINTIFF

V.                                    No. 3:22-CV-00096-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 7th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE